UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re Henry Charles Herrmann and Karen Joan Herrmann

Case No. 17-14040-MDC
Reporting Period: October, 2017

MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor                          Date  12/19/17

Signature of Joint Debtor                    Date  12/19/17

Signature of Authorized Individual*          Date

Printed Name of Authorized Individual        Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: Henry Charles Herrmann and Karen Joan Herrmann
    Debtor

Case No.: 17-14040-MDC
Reporting Period: _____ October, 2017

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.   [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $1,993.60 | | | | $1,993.60 | | $3,871.46 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | $10,106.88 | | | | $10,106.88 | | $148,064.18 | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | $10,106.88 | | | | $10,106.88 | | $148,064.18 | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | $59,773.06 | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | $9,195.28 | | | | $9,195.28 | | $88,932.38 | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | $325.00 | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | $9,195.28 | | | | $9,195.28 | | $149,030.44 | |
| NET CASH FLOW | $911.60 | | | | $911.60 | | ($966.26) | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | $2,905.20 | | | | $2,905.20 | | $2,905.20 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN) | |
| --- | --- |
| TOTAL DISBURSEMENTS | $9,195.28 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $ |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $9,195.28 |

FORM MOR-1
(04/07)

HENRY CHARLES HERRMANN AND KAREN JOAN HERRMANN
CASE NO. 17-14040-MDC
OCTOBER, 2017
ATTACHMENT TO MOR-1

LIST OF RECEIPTS

| Source | Amount |
|---|---|
| Rental Income (NC) | $ 8,041.88 |
| Rental Income (PA) | $ 1,295.00 |
| Rental Income (NJ) | $    770.00 |
| | $10,106.88 |

In re: Henry Charles Herrmann and Karen Joan Herrmann
        Debtor

Case No. : 17-14014-MDC
Reporting Period:_____ October, 2017

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | | # | | # | | # | | # |
| **BALANCE PER BOOKS** | $2,905.20 | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | $2,905.20 | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | $2,905.20 | | | | | | | |
| balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| None | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| None | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **SEE ATTACHED BANK STATEMENT** | | | | | | | | |
| **AND CHECK REGISTER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| OTHER | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

FORM MOR-1a
(04/07)

# Wells Fargo Everyday Checking



Account number:  **2204735704**  ■  October 1, 2017 - October 31, 2017  ■  Page 1 of 6

KAREN J HERRMANN
HENRY C HERRMANN
DEBTOR IN POSSESSION
CH11 CASE 17-14040(EPA)
1460 S WHITFORD RD
WEST CHESTER PA 19380-1069

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $1,993.60 |
| Deposits/Additions | 10,106.88 |
| Withdrawals/Subtractions | - 9,195.28 |
| **Ending balance on 10/31** | **$2,905.20** |

Account number:  **2204735704**

KAREN J HERRMANN
HENRY C HERRMANN
DEBTOR IN POSSESSION
CH11 CASE 17-14040(EPA)

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

Account number:  **2204735704**  ▪ October 1, 2017 - October 31, 2017  ▪ Page 2 of 6



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/2 | | Purchase authorized on 09/30 Timothy Off Heatin West Chester PA S467273519376038 Card 5365 | | 315.00 | |
| 10/2 | | Purchase authorized on 09/30 Petvalu #5190 Exton PA P00000000779682488 Card 5365 | | 32.50 | |
| 10/2 | | Purchase authorized on 09/30 East Coast Exton Exton PA S587273810997911 Card 5365 | | 53.52 | |
| 10/2 | | Purchase authorized on 09/30 Giant 6051 Exton PA P00587273818002605 Card 5365 | | 14.19 | |
| 10/2 | | Purchase authorized on 10/01 Giant 6505 West Chester PA P00307274832560285 Card 5365 | | 100.00 | |
| 10/2 | | ATM Withdrawal authorized on 10/02 999 Paoli Pike West Chester PA 0009981 ATM ID 0141x Card 5365 | | 200.00 | |
| 10/2 | | United World Hlth SEP Inspm 171001 4Np913 Henry C Herrmann | | 466.74 | 811.65 |
| 10/3 | | ATM Check Deposit on 10/03 100 W. Lincoln Hwy Exton PA 0005712 ATM ID 0123E Card 5365 | 1,295.00 | | |
| 10/3 | | Purchase authorized on 10/02 Bimbo Bakeries 601 Exton PA S307275635927272 Card 5365 | | 10.00 | |
| 10/3 | | Purchase authorized on 10/02 United Healthcare 888-873-6797 CT S307275717946895 Card 5365 | | 68.20 | |
| 10/3 | | Recurring Payment authorized on 10/03 Charter Comm 888-438-2427 MO S467276187027909 Card 5365 | | 163.15 | 1,865.30 |
| 10/4 | | Twiddy & Company Proceeds 10/17 1471 Herrmann, Karen | 1,917.61 | | |
| 10/4 | | Twiddy & Company Proceeds 10/17 1471 Herrmann, Karen | 2,790.41 | | |
| 10/4 | | Twiddy & Company Proceeds 10/17 1471 Herrmann, Karen | 3,333.86 | | |
| 10/4 | | ATM Check Deposit on 10/04 100 W. Lincoln Hwy Exton PA 0005920 ATM ID 0123E Card 5365 | 770.00 | | |
| 10/4 | | Purchase authorized on 10/04 Giant 6051 Exton PA P00307277649000381 Card 5365 | | 42.37 | |
| 10/4 | | Purchase authorized on 10/04 Petvalu #5190 Exton PA P00000000183048422 Card 5365 | | 32.50 | |
| 10/4 | | Purchase authorized on 10/04 Ulta #755 Exton PA P00000000635726999 Card 5365 | | 11.59 | |
| 10/4 | | Purchase authorized on 10/04 Giant 6051 Exton PA P00387277836085482 Card 5365 | | 9.85 | 10,580.87 |
| 10/5 | | Cash eWithdrawal in Branch/Store 10/05/2017 11:46 Am 100 W Lincoln Hwy Exton PA 5365 | | 1,300.00 | |
| 10/5 | | Purchase authorized on 10/05 Wegmans 1056 E Lancaster Downingtown PA P00467278586645396 Card 5365 | | 59.50 | 9,221.37 |
| 10/8 | | Purchase authorized on 10/05 East Coast Exton Exton PA S307278597559220 Card 5365 | | 44.92 | 9,176.45 |
| 10/10 | | Purchase authorized on 10/07 The Home Depot #4137 Downingtown PA P00387280640703264 Card 5365 | | 11.09 | |
| 10/10 | | ATM Withdrawal authorized on 10/07 100 W. Lincoln Hwy Exton PA 0008894 ATM ID 0123E Card 5365 | | 200.00 | |
| 10/10 | | Purchase authorized on 10/07 Cvs/Pharm 03875--1450 West Chester PA P00000000981166567 Card 5365 | | 33.93 | |
| 10/10 | | Purchase authorized on 10/08 Giant 6051 Exton PA P00587282018060640 Card 5365 | | 34.73 | |
| 10/10 | | Purchase authorized on 10/10 Mdhearingaid, Inc. 312-366-3899 IL S307282492002864 Card 9861 | | 399.99 | |
| 10/10 | | Purchase authorized on 10/09 Giant 6051 Exton PA P00587282656419185 Card 5365 | | 1.75 | |
| 10/10 | | Recurring Payment authorized on 10/10 Comcast 800-Comcast NJ S587283184707472 Card 5365 | | 219.15 | |
| 10/10 | | Purchase authorized on 10/10 Giant 6051 Exton PA P00387283677234634 Card 5365 | | 38.06 | 8,237.75 |
| 10/11 | | Purchase authorized on 10/10 Malvern Veterinary Malvern PA S467283505209568 Card 5365 | | 289.00 | |
| 10/11 | | Purchase authorized on 10/10 Avante' on Main St Exton PA S387283605994942 Card 5365 | | 150.00 | |

Account number: **2204735704** ■ October 1, 2017 - October 31, 2017 ■ Page 3 of 6



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/11 | | Purchase authorized on 10/10 Eb 38th Annual Sta 801-413-7200 CA S467283804521109 Card 5365 | | 132.24 | |
| 10/11 | | Purchase authorized on 10/11 Staples 0066 Exton PA P00587285001997768 Card 5365 | | 15.33 | 7,651.18 |
| 10/12 | | Purchase authorized on 10/10 Exton Beverage Com Exton PA S467283658398360 Card 5365 | | 27.44 | |
| 10/12 | | Purchase authorized on 10/12 Ulta #755 Exton PA P0000000970246974 Card 5365 | | 22.18 | |
| 10/12 | | Purchase authorized on 10/12 Giant 6051 Exton PA P00587285676446302 Card 5365 | | 41.48 | 7,560.08 |
| 10/13 | | Purchase authorized on 10/13 Wegmans 1056 E Lancaster Downingtown PA P00467286617974126 Card 5365 | | 5.13 | |
| 10/13 | | Purchase authorized on 10/13 Wegmans 1056 E Lancaster Downingtown PA P00307286635090722 Card 5365 | | 162.38 | |
| 10/13 | | Purchase authorized on 10/13 Wegmans 1056 E Lancaster Downingtown PA P00587286638114668 Card 5365 | | 61.94 | |
| 10/13 | | Purchase authorized on 10/13 Petvalu #5190 Exton PA P0000000033018935 Card 5365 | | 32.50 | |
| 10/13 | | Purchase authorized on 10/13 Staples 0066 Exton PA P00387286720618392 Card 5365 | | 19.66 | 7,278.47 |
| 10/16 | | Purchase authorized on 10/13 Bimbo Bakeries 601 Exton PA S587286735350168 Card 5365 | | 6.24 | |
| 10/16 | | Purchase authorized on 10/14 East Coast Exton Exton PA S307287659106025 Card 5365 | | 38.00 | |
| 10/16 | | Purchase authorized on 10/16 Wegmans 1056 E Lancaster Downingtown PA P00587286647443691 Card 5365 | | 53.25 | |
| 10/16 | | Purchase authorized on 10/16 Petsmart # 0564 Downington PA P00467286658982115 Card 5365 | | 34.96 | |
| 10/16 | | Prog Specialty Ins Prem 171016 Pol xxxxx5590 Karen Herrmann | | 2,047.03 | 5,098.99 |
| 10/18 | | Purchase authorized on 10/17 Fsi*Verizon+Bmc$3. 800-345-6563 TX S587289536138319 Card 5365 | | 234.17 | |
| 10/18 | | Purchase authorized on 10/16 Verizon Wrls 03631 Downington PA S467289632380036 Card 5365 | | 31.79 | |
| 10/18 | | Purchase authorized on 10/18 Wine and Spirits 1501 Exton PA P0000000434496879 Card 5365 | | 29.67 | 4,803.36 |
| 10/19 | | Purchase authorized on 10/18 American-Water-Pay 800-272-1325 NJ S307291533888109 Card 5365 | | 401.95 | |
| 10/19 | | Recurring Payment authorized on 10/19 Charter Comm 888-438-2427 MO S307292185576146 Card 5365 | | 124.66 | |
| 10/19 | | Purchase authorized on 10/19 Giant 6505 West Chester PA P00467292576493398 Card 5365 | | 17.61 | |
| 10/19 | | Purchase authorized on 10/19 Giant 6505 West Chester PA P00467292747838181 Card 5365 | | 10.28 | |
| 10/19 | | Purchase authorized on 10/19 Petvalu #5190 Exton PA P0000000571219610 Card 5365 | | 32.50 | |
| 10/19 | | ATM Withdrawal authorized on 10/19 100 Painter's Crossing West Chester PA 0002900 ATM ID 0195Q Card 5365 | | 200.00 | 4,016.36 |
| 10/20 | | Purchase authorized on 10/20 Cvs/Pharm 00948--1544 Westchester PA P0000000976333762 Card 5365 | | 21.19 | 3,995.17 |
| 10/23 | | Recurring Payment authorized on 10/21 LA Fitness 949-255-7200 CA S467294256947106 Card 5365 | | 29.99 | |
| 10/23 | | Purchase authorized on 10/21 Rite Aid Store - 11151 West Chester PA P00587294731634070 Card 5365 | | 15.00 | |
| 10/23 | | Purchase authorized on 10/22 Giant 6505 West Chester PA P00307295667231479 Card 5365 | | 9.13 | |
| 10/23 | | Purchase authorized on 10/22 East Coast Exton Exton PA S387295801313895 Card 5365 | | 45.43 | |
| 10/23 | | Purchase authorized on 10/23 Wegmans 1056 E Lancaster Downingtown PA P00387296587763057 Card 5365 | | 4.03 | |
| 10/23 | | Purchase authorized on 10/23 Wegmans 1056 E Lancaster Downingtown PA P00467296607681145 Card 5365 | | 40.96 | |

Account number:  **2204735704**  ▪ October 1, 2017 - October 31, 2017  ▪ Page 4 of 6



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|------------|-------------|-------------|
| 10/23 | | Purchase authorized on 10/23 Giant 6051 Exton PA P00387296734765148 Card 5365 | | 37.49 | 3,813.14 |
| 10/24 | | Purchase authorized on 10/24 Petco 1853 Exton PA P00000006677133398 Card 5365 | | 16.29 | 3,796.85 |
| 10/25 | | Recurring Payment authorized on 10/24 LA Fitness 949-255-7200 CA S587297265764468 Card 5365 | | 29.99 | |
| 10/25 | | Purchase authorized on 10/24 Malvern Veterinary Malvern PA S587297762087323 Card 5365 | | 95.99 | |
| 10/25 | | Recurring Payment authorized on 10/25 Charter Comm 888-438-2427 MO S307298180919235 Card 5365 | | 174.94 | |
| 10/25 | | ATM Withdrawal authorized on 10/25 109 W. Lincoln Hwy Exton PA 0001206 ATM ID 0123E Card 5365 | | 100.00 | |
| 10/25 | | Purchase authorized on 10/25 Giant 6051 Exton PA P00467298777822823 Card 5365 | | 46.56 | 3,349.37 |
| 10/26 | | Purchase authorized on 10/25 Bimbo Bakeries 601 Exton PA S307298588726042 Card 5365 | | 5.10 | |
| 10/26 | | Purchase authorized on 10/25 Premier Orthopedic Kennett Sq PA S307298610350839 Card 5365 | | 10.00 | 3,334.27 |
| 10/27 | | Recurring Payment authorized on 10/26 ADT Security*06040 WWW.ADT.Com FL S307299280639649 Card 5365 | | 190.64 | |
| 10/27 | | Purchase authorized on 10/27 Petvalu #5190 Exton PA P00000000973891125 Card 5365 | | 32.50 | 3,111.13 |
| 10/30 | | Purchase authorized on 10/27 Qvc*512076262101* 800-367-9444 PA S307295589632281 Card 5365 | | 63.56 | |
| 10/30 | | Purchase authorized on 10/28 Rite Aid Store - 11151 West Chester PA P00387302800817115 Card 5365 | | 7.00 | |
| 10/30 | | Purchase authorized on 10/30 Cvs/Pharm 00948--1544 Westchester PA P0C000000675069455 Card 5365 | | 24.77 | |
| 10/30 | | Purchase authorized on 10/30 Wine and Spirits 1516 West Chester PA P00000000185628740 Card 5365 | | 19.07 | |
| 10/30 | | Purchase authorized on 10/30 Pet Supplies Plus 9059 West Chester PA P00467303716602424 Card 5365 | | 15.77 | |
| 10/30 | | Purchase authorized on 10/30 #07882 Acme West Chester PA P00467303744502688 Card 5365 | | 17.89 | 2,963.07 |
| 10/31 | | Purchase authorized on 10/29 Famous Toastery Exton PA S387302671133333 Card 5365 | | 28.69 | |
| 10/31 | | Purchase authorized on 10/31 Giant 6505 West Chester PA P00587304539780957 Card 5365 | | 29.18 | 2,905.20 |
| Ending balance on 10/31 | | | | | 2,905.20 |
| Totals | | | $10,106.88 | $9,195.28 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells  Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2017 - 10/31/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $811.65 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $8,041.88 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 70 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

Account number:  **2204735704**  ◼ October 1, 2017 - October 31, 2017  ◼ Page 5 of 6



*Monthly service fee summary (continued)*

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)  ☐

RC-RC

Account number:  **2204735704**  ▪ October 1, 2017 - October 31, 2017  ▪ Page 6 of 6



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.    $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

▪ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

▪ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801.                    Member FDIC, EHL▲

Register
Nov 2017
October

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT/DEBIT WITHDRAWAL (-) | ✓ | DEPOSIT CREDIT (+) | $ |
|---|---|---|---|---|---|---|
| | 10/2 | Heat repair | 315.00 | | | $1992.60 |
| | 10/2 | Pet Value | 32.50 | | | |
| | 10/2 | East Coast / gas | 53.52 | | | |
| | 10/2 | Giant | 14.91 | | | |
| | 10/2 | Giant | 10.00 | | | |
| | 10/2 | ATM - Withdraw | 200.00 | | | |
| | 10/2 | United Work (Retha) | 401.74 | | | |
| | 10/3 | 1442 S. Whitton Realty paid | | | 1275.00 | |
| | 10/3 | Entenmann/Prado | 10.00 | | | |
| | 10/3 | United Health (Pam) | 68.20 | | | |
| | 10/3 | Allante (No) | 163.15 | | | |
| | 10/4 | Teddy - Rent paid | | | 1917.61 | |
| | 10/4 | Teddy - rent paid | | | 2792.41 | |



AD - Automatic Deposit • AP - Automatic Payment • ATM - Cash Withdrawl • DC - Debit Card • FT - Funds Transfer • SC - Service Charge • TD - Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT / FEE WITHDRAWAL (-) | ✓ | DEPOSIT / CREDIT (+) | TAX DEDUCTIBLE |
|---|---|---|---|---|---|---|
| | 1/4 | Tuddy - restd Reseal (No) | 0 | | 3333.86 | |
| | 1/4 | Deposit (NS restd) | | | 1770.00 | |
| | 1/4 | Giant | 42.37 | | | |
| | 1/4 | Pet Velu | 32.50 | | | |
| | 1/4 | Utin - | 11.57 | | | |
| | 1/4 | Giant | 9.85 | | | |
| | 1/5 | Stephen D Ashbage | 1300.00 | | | |
| | 1/5 | Udimins | 57.50 | | | |
| | 1/6 | East Coast/gu | 44.92 | | | |
| | 1/6 | Home Depot | 11.49 | | | |
| | 1/6 | Atm - withdraw | 200.00 | | | |
| | 1/6 | CVS pharmacy | 33.93 | | | |
| | 1/10 | Giant | 39.73 | | | |

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | $ |
|---|---|---|---|---|---|---|
| | 10/10 | Md hearing aid Inc. | 399.99 | | | |
| | 10/10 | Giant | 1.75 | | | |
| | 10/10 | Comcast (AJ) | 217.15 | | | |
| | 10/10 | Giant | 38.66 | | | |
| | 10/1 | Malvern Vet Hospital | 289.00 | | | |
| | 10/11 | Avante - hair | 150.00 | | | |
| | 10/11 | 30th Annual donation | 132.24 | | | |
| | 10/11 | Staples | 15.33 | | | |
| | 10/12 | Exton Beverage | 27.44 | | | |
| | 10/12 | Lytta | 22.18 | | | |
| | 10/12 | Giant | 41.48 | | | |
| | 10/13 | Wegmans | 5.13 | | | |
| | 10/13 | Wegmans | 42.38 | | | |



| TRANSACTION DATE | TRANSACTION DESCRIPTION | PAYMENT FEE WITHDRAWAL (-) | ✓ | DEPOSIT CREDIT (+) | $ BALANCE |
|---|---|---|---|---|---|
| 10/3 | Walgreens Pharmacy | 61.94 | | | |
| 10/3 | Pet Value | 32.50 | | | |
| 10/3 | Staples | 19.66 | | | |
| 10/6 | Firehouse / Pizza | 6.24 | | | |
| 10/6 | East Coast Gas | 38.00 | | | |
| 10/6 | Wegmans | 52.25 | | | |
| 10/6 | Petsmart | 34.96 | | | |
| 10/6 | Progressive Insurance | 2042.83 | | | |
| 10/8 | Verizon – TV, internet | 234.17 | | | |
| 10/8 | Verizon – Wireless | 31.79 | | | |
| 10/8 | Wine + Spirits | 29.67 | | | |
| 10/9 | Am Water (NJ) | 461.95 | | | |
| 10/9 | Chase Continental | 24.66 | | | |

AD - Automatic Deposit • AP - Automatic Payment • ATM - Cash Withdrawal • DC - Debit Card • FT - Funds Transfer • SC - Service Charge • TD - Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT/FEE WITHDRAWAL (-) | ✓ | DEPOSIT/ CREDIT (+) | $ |
|---|---|---|---|---|---|---|
| | 10/9 | Giant | 17.61 | | | |
| | 10/9 | Giant | 10.28 | | | |
| | 10/9 | Pet Valu | 32.50 | | | |
| | 10/9 | Atm - Withdraw | 200.00 | | | |
| | 10/21 | CVS Pharmacy | 21.19 | | | |
| | 10/23 | LA Fitness (Hwy) | 29.99 | | | |
| | 10/23 | Rite Aid | 15.00 | | | |
| | 10/23 | Giant | 9.13 | | | |
| | 10/23 | East Coast/gas | 45.43 | | | |
| | 10/23 | Walgreens pharmacy | 4.03 | | | |
| | 10/23 | Walgreens | 40.96 | | | |
| | 10/23 | Giant | 37.49 | | | |
| | 10/24 | Petco | 16.29 | | | |

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | $ BALANCE |
|---|---|---|---|---|---|---|
| | 10/25 | L.A. Fitness | 29.97 | | | |
| | 10/2 | Median Gift Hspital | 95.95 | | | |
| | 10/ | Charter Comm. (NC) | 174.84 | | | |
| | 10/25 | Atm - Withdraw | 60.00 | | | |
| | 10/2 | Gilbert | 46.56 | | | |
| | 10/26 | Entenmanns /Bimbo | 5.00 | | | |
| | 10/27 | Orthopedic (kum) | 10.00 | | | |
| | 10/27 | ADT Security (PA) | 190.64 | | | |
| | 10/2 | Pet Value | 32.50 | | | |
| | 10/30 | QVC - | 63.56 | | | |
| | 10/3 | Rite Aid | 7.00 | | | |
| | 10/3 | CVS Pharmacy | 24.97 | | | |
| | 10/31 | Wine + Spirits | 19.67 | | | |

AD - Automatic Deposit • AP - Automatic Payment • ATM - Cash Withdrawal • DC - Debit Card • FT - Funds Transfer • SC - Service Charge • TD - Tax Deductible



| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | $ |
|---|---|---|---|---|---|---|
| | 10/30 | Pet Supplies | 15.77 | | | |
| | 10/30 | Acme | 17.89 | | | |
| | 10/31 | Primary Pantry | 28.69 | | | |
| | 10/31 | Giant | 29.18 | | | |
| | | end balance | | | 2,205.20 | |

In re: Henry Charles Hermann and Karen Joan Herrmann
Debtor

Case No.: 17-14040-MDC
Reporting Period: October, 2017

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid — Fees | Amount Paid — Expenses | Year-To-Date — Fees | Year-To-Date — Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

FORM MOR-1b
(04/07)

In re: Henry Charles Herrmann and Karen Joan Herrmann
              Debtor

Case No.: 17-14040-MDC
Reporting Period: October, 2017

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is
realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $10,106.88 | $148,064.18 |
| Less: Returns and Allowances | | |
| Net Revenue | $10,106.88 | $148,064.18 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | $2,698.85 | $110,352.18 |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | $6,496.43 | $38,353.26 |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | $325.00 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Henry Charles Herrmann and Karen Joan Herrmann
      Debtor

Case No.: 17-14040-MDC
Reporting Period: October, 2017

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| Mortgage Payments | $0.00 | $59,773.06 |
| Utilities (NC, NJ, PA, WC) | $1,083.85 | $13,662.76 |
| Rental Property Expenses (NC, NJ, PA) | $1,615.00 | $36,916.36 |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| Food | $811.97 | $4,094.98 |
| Healthcare | $670.89 | $4,084.39 |
| Transportation | $2,228.90 | $3,960.73 |
| Miscellaneous | $2,784.67 | $26,213.16 |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re: Henry Charles Herrmann and Karen Joan Herrmann
                Debtor

Case No.:  17-14040-MDC
Reporting Period: October, 2017

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $2,905.20 | $7,500.00 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | $2,905.20 | $7,500.00 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | $7,028,000.00 | $7,028,000.00 |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | $7,028,000.00 | $7,028,000.00 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) **See Schedule A/B** | $212,008.00 | $212,008.00 |
| *TOTAL OTHER ASSETS* | $212,008.00 | $212,008.00 |
| **TOTAL ASSETS** | $7,242,913.20 | $7,247,508.00 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| ***LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)*** | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | $ | $ |
| *TOTAL POSTPETITION LIABILITIES* | | |
| ***LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)*** | | |
| Secured Debt | $7,525,782.00 | $7,525,782.00 |
| Priority Debt | $140,258.00 | $140,258.00 |
| Unsecured Debt | $99,558.00 | $99,558.00 |
| *TOTAL PRE-PETITION LIABILITIES* | $7,765,598.00 | $7,765,598.00 |
| *TOTAL LIABILITIES* | $7,765,598.00 | $7,765,598.00 |
| ***OWNER EQUITY*** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | $ | $ |
| *NET OWNER EQUITY* | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $7,765,598.00 | $7,765,598.00 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re

Debtor: Henry Charles Herrmann and Karen Joan Herrmann

Case No.: 17-14010-MDC
Reporting Period: October, 2017

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 CONT'D
(04/07)

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Henry Charles Herrmann** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Karen Joan Herrmann** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number | 17-14040 |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                             12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

| 1.1 | | | |
|---|---|---|---|
| **1460 South Whitford Road** | **What is the property?** Check all that apply | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☑ Single-family home | | |
| | ☐ Duplex or multi-unit building | | |
| | ☐ Condominium or cooperative | | |
| **West Chester    PA    19380-0000** | ☐ Manufactured or mobile home | | |
| City    State    ZIP Code | ☐ Land | | Current value of the entire property? | Current value of the portion you own? |
| | ☐ Investment property | | **$410,000.00** | **$410,000.00** |
| | ☐ Timeshare | | |
| | ☐ Other _____ | | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| **Chester** | **Who has an interest in the property?** Check one | | **tenants by the entirety** |
| County | ☐ Debtor 1 only | | |
| | ☐ Debtor 2 only | | |
| | ☑ Debtor 1 and Debtor 2 only | | ☐ Check if this is community property (see instructions) |
| | ☐ At least one of the debtors and another | | |

Other information you wish to add about this item, such as local property identification number:

**Residence**

Debtor 1    Henry Charles Herrmann
Debtor 2    Karen Joan Herrmann                                    Case number *(if known)*   **17-14040**

**1.2**   **If you own or have more than one, list here:**

| | **What is the property?** Check all that apply | |
|---|---|---|
| **1442 South Whitford Road** | ■ Single-family home | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | **Current value of the entire property?** / **Current value of the portion you own?** |
| **West Chester**   **PA**   **19380-0000** | ☐ Land | |
| City   State   ZIP Code | ☐ Investment property | **$185,000.00**   **$185,000.00** |
| | ☐ Timeshare | |
| | ☐ Other _____ | **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known. |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**tenants by the entirety**

☐ Check if this is community property (see instructions)

**Chester**
County

Other information you wish to add about this item, such as local property identification number:

**Rental property**

---

**1.3**   **If you own or have more than one, list here:**

| | **What is the property?** Check all that apply | |
|---|---|---|
| **2305 Wesley Avenue North** | ■ Single-family home | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | **Current value of the entire property?** / **Current value of the portion you own?** |
| **Ocean City**   **NJ**   **08226-0000** | ☐ Land | |
| City   State   ZIP Code | ☐ Investment property | **$1,700,000.00**   **$1,700,000.00** |
| | ☐ Timeshare | |
| | ☐ Other _____ | **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known. |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**tenants by the entirety**

☐ Check if this is community property (see instructions)

**Cape May**
County

Other information you wish to add about this item, such as local property identification number:

**rental property**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Henry Charles Herrmann**
Debtor 2    **Karen Joan Herrmann**

Case number *(if known)*    **17-14040**

**1.4    If you own or have more than one, list here:**

**472 Island Lead Road**
Street address, if available, or other description

**Corolla**              **NC**    **27927-0000**
City                State      ZIP Code

**Currituck**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Rental property**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$950,000.00** | **$950,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**tenants by the entirety**

☐ Check if this is community property
(see instructions)

---

**1.5    If you own or have more than one, list here:**

**125 Salt House Road**
Street address, if available, or other description

**Corolla**              **NC**    **27927-0000**
City                State      ZIP Code

**Currituck**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Rental property**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,800,000.00** | **$1,800,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**tenants by the entirety**

☐ Check if this is community property
(see instructions)

---

| Debtor 1 | Henry Charles Herrmann | Case number (if known) | 17-14040 |
| Debtor 2 | Karen Joan Herrmann | | |

**1.6** If you own or have more than one, list here:

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**159 Salt House Road**
Street address, if available, or other description

**Corolla**      **NC**   **27927-0000**
City          State    ZIP Code

**Currituck**
County

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?
**$1,983,000.00**          **$1,983,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**tenants by the entirety**

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**Rental property**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................=>   **$7,028,000.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Mercedes** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **450 SL** | ☐ Debtor 1 only | |
| | Year: | **1979** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ■ Debtor 1 and Debtor 2 only | Current value of the entire property?     Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | **$5,000.00**        **$5,000.00** |

| 3.2 | Make: | **Mercedes** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **400SE** | ☐ Debtor 1 only | |
| | Year: | **1992** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ■ Debtor 1 and Debtor 2 only | Current value of the entire property?     Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | **$4,500.00**        **$4,500.00** |

Debtor 1  **Henry Charles Herrmann**
Debtor 2  **Karen Joan Herrmann**                                      Case number *(if known)*  **17-14040**

| 3.3 | Make: | **Hummer** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.3  Make: **Hummer**
Model: **H2**
Year: **2004**
Approximate mileage: **71000**
Other information:

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$15,608.00                                $15,608.00

3.4  Make: **Hummer**
Model: **H1**
Year: **2006**
Approximate mileage: **40000**
Other information:

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$90,000.00                                $90,000.00

3.5  Make: **Case Backhoe**
Model:
Year:
Approximate mileage:
Other information:

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$5,000.00                                 $5,000.00

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................=>

$120,108.00

**Part 3:   Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Residence - Assorted household furniture, including 2 laptop computers | $10,000.00 |
|---|---|

| Rental property furnishings - assorted furniture and furnishings in rental properties in NJ and NC, including 30 televisions | $40,000.00 |
|---|---|

Debtor 1   **Henry Charles Herrmann**
Debtor 2   **Karen Joan Herrmann**                                   Case number *(if known)*   **17-14040**

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

| 1800's antique desk; Byers Christmas Carolers collection | $1,500.00 |
|---|---|

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments
   ■ No
   ☐ Yes. Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| Assorted used clothing | $1,000.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| Mink Coat ($2000), diamond rings, diamond necklaces and additional assorted jewelry ($15,000) | $17,000.00 |
|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
   for Part 3. Write that number here ......................................................................

| $69,500.00 |
|---|

**Part 4:**   Describe Your Financial Assets

   **Do you own or have any legal or equitable interest in any of the following?**                       Current value of the
                                                                                                         portion you own?
                                                                                                         Do not deduct secured
                                                                                                         claims or exemptions.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor 1 | **Henry Charles Herrmann** | | |
|---|---|---|---|
| Debtor 2 | **Karen Joan Herrmann** | Case number *(if known)* | **17-14040** |

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes.....................................................................................................................

| | Cash on hand | **$300.00** |
|---|---|---|

---

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes........................                 Institution name:

| 17.1. | **Checking** | **Wells Fargo Preferred Checking Acct ending 1547** | **$7,200.00** |
|---|---|---|---|

---

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes..................                 Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them...................

Name of entity:                                 % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.

*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them

Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each account separately.

Type of account:                 Institution name:

| **IRA** | **Morgan Stanley IRA** | **$3,300.00** |
|---|---|---|
| **403(b)** | **Lincoln Investment 403(b)(7) Account** | **$11,600.00** |

---

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes. .....................                 Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes.............                 Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes.............                 Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

---

| Debtor 1 | **Henry Charles Herrmann** | | |
|---|---|---|---|
| Debtor 2 | **Karen Joan Herrmann** | Case number *(if known)* | **17-14040** |

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

■ No
☐ Yes.  Give specific information..

Official Form 106A/B                   Schedule A/B: Property                                    page 8

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 17-14040-mdc    Doc 24    Filed 07/06/17    Entered 07/06/17 16:01:14    Desc Main
Document      Page 11 of 38

Debtor 1    **Henry Charles Herrmann**
Debtor 2    **Karen Joan Herrmann**                                    Case number *(if known)*    **17-14040**

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
     for Part 4. Write that number here**.................................................................................................... | **$22,400.00**

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  Do you own or have any legal or equitable interest in any business-related property?
     ☒ No. Go to Part 6.
     ☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
     If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
     ☒ No. Go to Part 7.
     ☐ Yes.  Go to line 47.

**Part 7:**     Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership
     ☒ No
     ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................... | **$0.00**

**Part 8:**     List the Totals of Each Part of this Form

55.  Part 1: Total real estate, line 2 ....................................................................................................... | **$7,028,000.00**
56.  Part 2: Total vehicles, line 5                                    **$120,108.00**
57.  Part 3: Total personal and household items, line 15             **$69,500.00**
58.  Part 4: Total financial assets, line 36                          **$22,400.00**
59.  Part 5: Total business-related property, line 45                 **$0.00**
60.  Part 6: Total farm- and fishing-related property, line 52        **$0.00**
61.  Part 7: Total other property not listed, line 54            +    **$0.00**

62.  Total personal property. Add lines 56 through 61...        **$212,008.00**    Copy personal property total ▶   **$212,008.00**

63.  **Total of all property on Schedule A/B. Add line 55 + line 62**                                    | **$7,240,008.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re: Henry Charles Herrmann and Karen Joan Herrmann          Case No.: 17-14040-MDC
                     Debtor          Reporting Period:_ October, 2017

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | N/A | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
|    Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|    Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments* | $40,462.70 | $28,885.01 | | $36,627.94 | $36,627.94 | $142,603.59 |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition deb** Postpetition mortgage payments will be made pursuant to
stipulations entered into with secured parties.

*Mortgages:
1442 S. Whitford, West Chester, PA  $934.29 monthly payment
1460 S. Whitford, West Chester, PA  $2,900.47 monthly payment
159 Salt House Rd., Corolla, NC  $10,515.95 monthly payment
125 Salt House Rd., Corolla, NC  $11,577.69 monthly payment
472 Island Lead Rd., Corolla, NC  $4,955.28 monthly payment
2305 Wesley Ave., N. Ocean City, NJ  $9,579.02 monthly payment

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Henry Charles Herrmann and Karen Joan Herrmann
                Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

FORM MOR-5
(04/07)